UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

In re:

TAMARA M. MARKEY,

        Debtor.

ORDER RE:
JURISDICTIONAL ISSUES

***

RANDALL L. SEAVER, TRUSTEE, and
TAMARA M. HANSEL, fka Tamara M.
Markey,

        Plaintiffs,

v.

DAVID F. FRUNDT and
FRUNDT & JOHNSON, LTD.,

        Defendants.

BKY02-93495

ADV 08-3177

***

At St. Paul, Minnesota, this 22nd day of December, 2009.

This adversary proceeding came on before the court on December 21, 2009, for a hearing at the court's direction on the issue of jurisdiction. Michael J. Iannacone, Esq., appeared for the Plaintiffs. Richard J. Thomas, Esq., and Corinne Ivanca, Esq., appeared for the Defendants. Upon the record made at the hearing, including the rationale memorialized on the record,

IT IS HEREBY DETERMINED AND ORDERED:

1. The claim in suit in this adversary proceeding is a proceeding related to BKY 02-93495, and as such it is within the bankruptcy jurisdiction of the federal courts under 28 U.S.C. § 1334(b).

2. No later than *January 8, 2010*, counsel for the Plaintiffs shall file a statement as to whether his clients consent to entry of a final judgment by a bankruptcy judge, in lieu of the comparable statement in a pleading that is contemplated by FED. R. BANKR. P. 7008(a).

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/22/2009*
Lori Vosejpka, Clerk, By jrb, Deputy Clerk

3. No later than *January 8, 2010*, counsel for the Defendants shall file a statement as to whether their clients consent to entry of a final judgment by a bankruptcy judge, in lieu of the comparable statement in a pleading that is contemplated by FED. R. BANKR. P. 7012(b).

BY THE COURT:

*/e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
UNITED STATES BANKRUPTCY JUDGE