UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

In Re:

Tamara M. Markey,

    Debtor,

Randall L. Seaver, Trustee
and Tamara M. Hansel,
 fka Tamara M. Markey

    Plaintiffs,

vs.

David F. Frundt and
Frundt & Johnson, Ltd.,

    Defendants.

Bankruptcy 02-93495
Chapter 7 Case
Adversary 08-3177

**PLAINTIFFS' AMENDED STATEMENT CONSENTING TO ENTRY OF FINAL JUDGMENT BY BANKRUPTCY JUDGE**

---

Plaintiffs, through their attorney, in lieu of a comparable statement in a pleading that is contemplated by Fed. R. Bankr. P. 7012(b), hereby state that they consent to the entry of final orders or judgment by a bankruptcy judge.

Dated: January 8, 2010

          __/e/ Michael J. Iannacone___
          Michael J. Iannacone, #48719
          Attorney for Plaintiffs
          8687 Eagle Point Blvd.
          Lake Elmo, MN  55042
          (651) 224-3361
          (651) 297-6187 Fax

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

------------------------------------------------------------------

| | |
|---|---|
| In Re: | Bankruptcy 02-93495 |
| | Chapter 7 Case |
| Tamara M. Markey, | Adversary 08-3177 |
| Debtor, | |
| Randall L. Seaver, Trustee and Tamara M. Hansel, fka Tamara M. Markey | **UNSWORN CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| David F. Frundt and Frundt & Johnson, Ltd., | |
| Defendants. | |

------------------------------------------------------------------

I, Krisann Treague, employed by Michael J. Iannacone, attorney licensed to practice law in this Court, with office address of 8687 Eagle Point Blvd., Lake Elmo, Minnesota, declare that on January 8, 2010, I caused the following document:

**PLAINTIFFS' AMENDED STATEMENT CONSENTING TO ENTRY OF FINAL JUDGMENT BY BANKRUPTCY JUDGE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

------------------------------------------------------------------
Corinne Ivanca, Esq.   ivanca@burkeandthomas.com
------------------------------------------------------------------

And, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on:  January 8, 2010

                                        __/e/ Krisann Treague__